Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19–22515–JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Rothenberger Jr.
   26 Ridgewood Avenue
   Glen Ridge, NJ 07028

Social Security No.:
   xxx–xx–0899

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 3, 2019
JAN: zlh

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22515-JKS
John Rothenberger, Jr.                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Oct 03, 2019
                              Form ID: 148             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
```
db          +John Rothenberger, Jr.,   26 Ridgewood Avenue,   Glen Ridge, NJ 07028-1012
cr          +U.S. Bank National Association,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
              Duluth, GA 30097-8461
cr          +U.S. Bank National Association, as Trustee, for Me,   RAS Crane, LLC,
              10700 Abbott's Bridge Road, Suite 170,   Duluth, GA 30097-8461
518318514   +CBNA,   Po Box 6497,   Sioux Falls, SD 57117-6497
518318506   +Capital One,   PO Box 98873,   Las Vegas, NV 89193-8873
518318516    Citibank,   PO Box 8015,   South Hackensack, NJ 07606-8015
518318521    Credit One Bank,   PO BOx 98672,   Las Vegas, NV 89193-8672
518318524    Elan Financial Service,   Cb Disputes,   Saint Louis, MO 63166
518318525   +Mr. Cooper,   PO Box 650783,   Dallas, TX 75265-0783
518318526   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage , LLC,   PO Box 299008,   Lewisville, TX 75029)
518318528   +Omega RMS,   7505 W Tiffany Springs Parkway,   Kansas City, MO 64153-1313
518321348   +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518318529   +SPS,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
518408162   +U.S. BANK NATIONAL ASSOCIATION,   ATTN: Bankruptcy Dept,   PO Box 619096,
              Dallas TX 75261-9096
518318536   +Waypoint Resource Grou,   Po Box 8588,   Round Rock, TX 78683-8588
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 23:45:39    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 23:45:36    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: PRA.COM Oct 04 2019 03:13:00    Orion,   c/o PRA Receivables Management LLC,   POB 41021,
              Norfolk, VA 23541-1021
518318511    EDI: CAPITALONE.COM Oct 04 2019 03:13:00    Capital One Bank USA NA,   15000 Capital One Drive,
              PO # EPUS2-0000473587,   Henrico, VA 23238
518318517    EDI: CITICORP.COM Oct 04 2019 03:13:00    Citibank, N.A.,   7930 NW 110th St.,
              Kansas City, MO 64153
518318507    EDI: CAPITALONE.COM Oct 04 2019 03:13:00    Capital One,   PO Box 85547,
              Richmond, VA 23285-5547
518348577   +EDI: AIS.COM Oct 04 2019 03:13:00    Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
518318508   +EDI: CAPITALONE.COM Oct 04 2019 03:13:00    Capital One Bank USA,   10700 Capital One Way,
              Glen Allen, VA 23060-9243
518318510   +EDI: CAPITALONE.COM Oct 04 2019 03:13:00    Capital One Bank USA NA,   PO Box 30281,
              Salt Lake City, UT 84130-0281
518318509   +EDI: CAPITALONE.COM Oct 04 2019 03:13:00    Capital One Bank Usa N.A.,   Po Box 30281,
              Salt Lake City, UT 84130-0281
518318512    EDI: CAPITALONE.COM Oct 04 2019 03:13:00    Capital One Bank, N.A.,   PO Box 30281,
              Salt Lake City, UT 84130-0281
518318513   +EDI: CAPITALONE.COM Oct 04 2019 03:13:00    Capital One Bank, N.A.,   PO Box 30285,
              Salt Lake City, UT 84130-0285
518318515   +EDI: CITICORP.COM Oct 04 2019 03:13:00    Citibank,   PO Box 6500,
              Sioux Falls, SD 57117-6500
518318518   +EDI: CIAC.COM Oct 04 2019 03:13:00    Citifinancial,   P0 Box 6931,   The Lakes, NV 88901-0001
518318519   +EDI: RCSFNBMARIN.COM Oct 04 2019 03:13:00    Credit One Bank,   P0 Box 98873,
              Las Vegas, NV 89193-8873
518318519   +E-mail/PDF: creditonebknotifications@resurgent.com Oct 03 2019 23:42:43    Credit One Bank,
              P0 Box 98873,   Las Vegas, NV 89193-8873
518318523   +EDI: RCSFNBMARIN.COM Oct 04 2019 03:13:00    Credit One Bank NA,   Po Box 98875,
              Las Vegas, NV 89193-8875
518318523   +E-mail/PDF: creditonebknotifications@resurgent.com Oct 03 2019 23:42:43    Credit One Bank NA,
              Po Box 98875,   Las Vegas, NV 89193-8875
518431220    EDI: PRA.COM Oct 04 2019 03:13:00    Portfolio Recovery Associates, LLC,   c/o Wawa,inc,
              POB 41067,   Norfolk VA 23541
518318531   +EDI: VERIZONCOMB.COM Oct 04 2019 03:13:00    Verizon,   500 Technology Drive Ste 30,
              Weldon Spring, MO 63304-2225
518318532   +EDI: VERIZONCOMB.COM Oct 04 2019 03:13:00    Verizon,   PO Box 28002,
              Lehigh Valley, PA 18002-8002
518424945   +EDI: AIS.COM Oct 04 2019 03:13:00    Verizon,   by American InfoSource as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518318530   +EDI: VERIZONCOMB.COM Oct 04 2019 03:13:00    Verizon,   500 Technology Dr,
              Weldon Spring, MO 63304-2225
518318533   +EDI: VERIZONCOMB.COM Oct 04 2019 03:13:00    Verizon New Jersey Inc,   Po Box 3397,
              Bloomington, IL 61702-3397
518318535   +EDI: VERIZONCOMB.COM Oct 04 2019 03:13:00    Verizon Wireless,   PO Box 489,
              Newark, NJ 07101-0489
518318534   +EDI: VERIZONCOMB.COM Oct 04 2019 03:13:00    Verizon Wireless,   2000 Corporate Drive,
              Orangeburg, NY 10962-2624
                                                                                               TOTAL: 26
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 03, 2019
                              Form ID: 148             Total Noticed: 39

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518318527         None
518318520*        +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
518318522*         Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
```
              Avram D White    on behalf of Debtor John  Rothenberger, Jr. clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Merrill
               Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1
               sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Merrill
               Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1
               smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```